# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

## (released the week prior to February 19, 2019)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-18-279 | State v. Lopez |
| A-18-431 | State v. Quezada |
| A-18-550 | State on behalf of Kamryn F. v. Justin F. |
| A-18-638 | In re Interest of Devin M. et al. |
| A-18-653 | In re Interest of Zachary M. |
| A-18-676 | In re Interest of Cordae W. & Jayden W. |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.